# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA    DATE FILED: 2/13/2024 |
| | CASE NUMBER: 2:24-mj-00811-DUTY-1 *under seal* |
| v. | INIT. APP. DATE: 2/14/2024   TIME: 1:30 PM |
| Moustapha Moustapha | CHARGING DOC: Local Complaint |
| | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: 21:841 |
| | COURTSMART/REPORTER: CS 2/14/2024 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Stephanie S. Christensen

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Teagan Snyder (*Deputy Clerk*)   Colin Scott (*Assistant U.S. Attorney*)   _____ (*Interpreter / Language*)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Michael Gregory Freedman   ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☑ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at _____ in Los Angeles
- ☑ Post-Indictment Arraignment set for: March 21, 2024 at 11:30 am in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.   ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____   By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
- ☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing. Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____).
- ☑ Other: Oral motion to seal complaint granted pending the filing of a redacted complaint.

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY

Deputy Clerk Initials: TS

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1